IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DREDRICK SIMPSON,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4464

Opinion filed February 6, 2017.

An appeal from an order of the Circuit Court for Duval County.
Roberto Arias, Judge.

Dredrick Simpson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., CONCUR.